The hill was filed by the children of Lemuel Wade, deceased, set forth that Lemuel Wade by his will bequeathed certain negroes to Ms wile for life, and after her death to the
 
 Complainants;
 
 that after taking possession of the negroes, the .widow intermarried with one Parks, and that Parks had sold the negroes to Was-den, who had conveyed the same out of the State, or to some remote part thereof. The bill prayed that Parks and Wasden, might be decreed to enter into security for the production of the negroes, when the life estate expired, and lest the Defendants should abscond or remove before Complainants’ case could be heard, it further prayed, that they might be held to bail.
 

 The answer of Parks and wife, admitted the claim of the children under the will, and stated, that Parks had sold the life estate of his wife only to Wasden.
 

 Wasden’s answer stated, the purchase by him from Parks, of his wife’s life estate, and that he had sold the same interest to one Williams, of Columbus County, and one Smith of Sampson.
 

 And the Court upon the reading of the bill and answer, ordered that a
 
 capias
 
 issue against Wasden, to hold him in custody, until he give bond and security, conditioned to abide by and perform the final decree of the Court in this case.